UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL PITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02153-RLY-MG |
| | ) |
| PLACON CORPORATION, | ) |
| | ) |
| Defendant. | ) |

# FINAL JUDGMENT

The court, having granted Defendant's Motion for Summary Judgment, now enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 30th day of December 2021.

                                                                              _____
                                                                              RICHARD L. YOUNG, JUDGE
                                                                              United States District Court
                                                                              Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.